UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/23/2025_

In re:

PURDUE PHARMA L.P., *et al.*,

Case No. 25-cv-09681
Case No. 25-cv-10282
Case No. 25-cv-10158
Case No. 25-cv-10327
Case No. 25-cv-10420
Case No. 25-cv-10433
Case No. 25-cv-10427
Case No. _____

## ORDER REGARDING BRIEFING SCHEDULE

WHEREAS on December 16, 2025, the Debtors-Appellees submitted a letter requesting

consolidation of eight pending appeals from the Findings of Fact, Conclusions of Law, and Order

Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization, *In re Purdue*

*Pharma L.P.*, No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025) (Dkt. No. 8263) (the

"**Confirmation Order**"), each appeal captioned as:

- *Walker v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-09681 (S.D.N.Y.)

- *Bass v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10282 (S.D.N.Y.)

- *Morales v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10158 (S.D.N.Y.)

- *Redwood v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10327 (S.D.N.Y.)

- *Ecke v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10420 (S.D.N.Y.)

- *Pitts-Tillman v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10433 (S.D.N.Y.)

- *Isaacs v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10427 (S.D.N.Y.);

- *Jannotta v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, (S.D.N.Y.) (together, the "**Pending Appeals**"); and

WHEREAS, on December 17, 2025, the Court issued a memorandum endorsement ordering, *inter alia*, a briefing schedule with respect to consolidation of the Pending Appeals;

NOW THEREFORE IT IS ORDERED THAT:

1.      Briefing on the merits for all of the Pending Appeals is hereby STAYED pending resolution of the Debtors-Appellees' consolidation request.  For the avoidance of doubt, the Parties shall not file or serve any memoranda of law addressing the merits of any of the Pending Appeals until the Court further orders a merits briefing schedule;

2.      The Debtors-Appellees, together with any other Appellee that wishes to file a counter-statement of issues and counter-designation of the record, shall file a single omnibus designation joined by all Appellees on or before **January 7, 2026**;

3.      The Debtors-Appellees and any other Appellee that wishes to file briefs supporting consolidation shall serve, but not file, on each of the above-listed appellants a memorandum of law in support of consolidation (the "**Supporting Papers**") on or before **February 6, 2026**;

4.      Appellants in the above-listed appeals shall serve, but not file, on counsel to the Appellees any opposition to consolidation (the "**Opposition Papers**") on or before **March 10, 2026**;

5.      The Debtors-Appellees and any other Appellee that wishes to file briefs supporting consolidation shall serve any reply memorandum of law in support of consolidation (the "**Reply Papers**") on or before **March 24, 2026**.

6.      The Debtors-Appellees shall mail two physical copies and an electronic copy of all Supporting Papers and Opposition Papers to Chambers, on the day after the last day to serve

such papers.  To ensure papers are submitted to Chambers in a consolidated and orderly fashion, the Debtors-Appellees shall not mail or submit electronic copies to Chambers of any papers that are not timely served until the day after the last day to serve Reply Papers.

7.      Only the Debtors-Appellees shall file all Supporting Papers, Opposition Papers, and Reply Papers by **11:59 p.m. (prevailing Eastern Time) on March 24, 2026**, including any papers that were not timely served with a cover email or other documentation sufficient to show the date or time of service.  On the day after the last day to serve and file Reply Papers, the Debtors-Appellees shall mail two physical copies and an electronic copy to Chambers of all Reply Papers and any papers that were not timely served.

SO ORDERED.

Dated: December 23, 2025
       White Plains, NY

_____
The Honorable Nelson S. Román
United States District Judge

**The Clerk of Court is kindly directed to mail this Order to *pro se* Appellant at the address listed on ECF and to show service on the docket.**