USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P.,

Debtors.

KEITH E. REDWOOD,

Appellant,

-against-

PURDUE PHARMA L.P., *et al.*,

Appellees.

No. 25-cv-10327 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

*Pro se* Appellant Keith E. Redwood ("Appellant") has filed a Motion to Compel Mediation and Compliance with ECF No. 74. (ECF No. 79.) ECF No. 74 is a letter from Appellant to counsel for Appellees Purdue Pharma L.P. and Purdue Master Disbursement Trust (together, "Appellees") proposing that the parties jointly request referral of this bankruptcy appeal to the Southern District of New York's Court-Annexed Mediation Program to explore a potential resolution concerning the liquidation of the economic-damage portion of Appellant's underlying bankruptcy claim. (ECF No. 74.) In that letter, Appellant requested that Appellees consent to the proposed mediation and respond to his proposal by August 17, 2026. (*Id.*)

Appellant's request is without basis. ECF No. 74 reflects Appellant's unilateral request that Appellees agree to jointly seek referral of this matter to mediation. It is not an Order of this Court, nor does it otherwise impose any obligation upon Appellees to participate in mediation or

respond to Appellant's proposal by his requested deadline. Moreover, Appellant identifies no legal authority entitling him to compel Appellees to mediate this bankruptcy appeal. As the Court has previously explained, this Court sits in an appellate capacity under 28 U.S.C. § 158, and Appellant's challenges to the Bankruptcy Court's decision will be resolved in the ordinary course of this appeal. (*See* ECF No. 64.)

Appellant's Motion to Compel Mediation and Compliance with ECF No. 74 is therefore DENIED. The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 79 and (2) mail a copy of this Order to *pro se* Appellant at the address listed on ECF and to note service on the docket.

SO ORDERED:

Dated: August 24, 2026
White Plains, NY

NELSON S. ROMÁN
United States District Judge